UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY 20-16241

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ] | Magistrate Case No. 9279665 (Class A) |
| | ] | |
| v. | ] | |
| | ] | |
| TIMOTHY C. KELLY | ] | |
| | ] | Offense on a Federal Reservation |

BEFORE the **Honorable Anthony R. Mautone,** a United States Magistrate for the Judicial District of New Jersey, specially designated to try and sentence persons committing misdemeanor offenses against the laws of the United States on a Federal reservation, personally appeared this day **Sarah E. Luciano, Esq.,** Special Assistant U.S. Attorney for the District of New Jersey, who, under oath charges that:

On or about the **15th day of October 2020**, at Joint Base McGuire-Dix-Lakehurst, New Jersey, in the Judicial District of New Jersey,

**TIMOTHY C. KELLY** did commit:

Possession of a Weapon on a Federal Installation in violation of 18 USC 930.

The name of the Complainant is **Sarah E. Luciano, Esq.**

**SARAH E. LUCIANO, Esq.**
**Special Assistant United States Attorney**

**SWORN TO BEFORE ME, AND SUBSCRIBED IN MY PRESENCE, JOINT BASE MCGUIRE-DIX-LAKEHURST, NEW JERSEY, ON THIS 3RD DAY OF DECEMBER 2020.**

**HONORABLE ANTHONY R. MAUTONE**
**United States Magistrate Judge**

12/3/20 NK 1/7/21